**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| CARLOS MARQUEZ, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOLL GLOBAL FORWARDING (USA) INC.; TGF MANAGEMENT GROUP HOLDCO INC.; INSPERITY EXPENSE MANAGEMENT, INC.; EDDIE RODRIGUEZ; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case № 2:19-cv-02667-ODW (ASx)<br><br>**JUDGMENT** |

On July 6, 2021, the Court granted Defendants' Motion to Dismiss Plaintiff's Complaint with prejudice. Accordingly, it is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Carlos Marquez shall take nothing by his complaint against Defendants.

2. This action is **DISMISSED WITH PREJUDICE**, in its entirety, as to all Defendants.

The Court **VACATES** all remaining dates and deadlines in this case. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 6, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**